UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                                 )    CASE NO: 07-43522-659
                                       )
ETHEL L WHITE                          )
                                       )    CHAPTER 13
                                       )
                                       )
            DEBTOR(S)                  )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

    COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

ETHEL L WHITE
4127 CONNECTICUT                       $              1.03

ST LOUIS MO
444444            63116


                                       /s/ John V. LaBarge, Jr.
                                       ------------------------------------
DATE: October 29, 2010                 JOHN V. LABARGE, JR.,
                                       CHAPTER 13 TRUSTEE
                                       P.O. Box 430908
                                       St. Louis, MO 63143
XC -091                                (314) 781-8100   trust33@ch13stl.com